# United States District Court

## Southern District of Texas

### SUMMONS IN A CIVIL CASE

United States of America

v.

CASE NUMBER: **B-01-026**

Donnie W. Harrison

TO: (Name and Address of Defendant)

Donnie W. Harrison
702 Champion St.
Port Isabel, TX 78578

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Weston
Bennett & Weston, P.C.
1750 Valley View Lane., Suite 120
Dallas, TX 75234

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
Clerk

2-9-01
Date

BY DEPUTY CLERK

United States District Court
Southern District of Texas
FILED

MAR 2 6 2001

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by ? | Date 3-15-2001 11:10 AM | |
| NAME OF SERVER (PRINT) DAVE C. ECKSTEIN | Title PROCESS SERVER | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served. PORT ISABEL PARK CENTER # C-37, 702 CHAMPION, PORT ISABEL, TEXAS.

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  3-15-01
       Date

Signature of Server

Ivette R. Marina

[Seal: IVETTE R. MORINA, MY COMMISSION EXPIRES March 16, 2004]

204 W. FERGUSON #108, Pharr, TX
Address of Server