

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-01-026 |
| | § | |
| Donnie W. Harrison | § | |

REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America requests an entry of default against Donnie W. Harrison in that the defendant has not filed an answer or other responsive pleading in this cause.

                                            Respectfully submitted

                                            BENNETT, WESTON & LaJONE, P.C.

By: _____
       J. Michael Weston
       Texas Bar No. 21232100
       SD Tex. No. 21538
       Attorney in Charge
       Charles I. Appler
       Texas Bar No. 00788995
       SD Tex. No. 23055
       1750 Valley View Lane, Suite 120
       Dallas, Texas  75234
       Telephone: (214) 691-1776
       FAX:  (214) 373-6810
       Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Donnie W. Harrison at 702 Champion St. Port Isabel, TX 78578, by (1) certified mail, return receipt requested, No. _9167 0200 7000 0520 0621_, and (2) regular, first class mail on the 11th day of April, 2001.