4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| versus | § | Civil Action B-01-026 |
| | § | |
| Donnie W. Harrison | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Donnie W. Harrison in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this 13th day of April, 2001, at Brownsville, Texas.

Michael N. Milby, Clerk

_____
United States Deputy District Clerk