UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 22 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-026 |
| | § | |
| DONNIE W. HARRISON | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 6) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of February 22, 2000     $  4,116.57
2. Interest as of February 22, 2000              $  3,371.38
3. Administrative Fees, Costs, Penalties         $     67.96
4. Balance Due as of February 22, 2000           $  7,555.91
5. Attorney's Fees                               $  1,000.00
6. Pre-Judgment Interest Rate Per Annum             9.13%
7. Daily Accrual:                                $      1.03
8. Post-Judgment Interest equals 3.76 % per annum.

DONE in Brownsville, Texas this _____ day of _____ 2001.

_____
Hilda Tagle
United States District Judge

3