United States District Court
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § | Civil Action B-01-026 |
| | § | |
| Donnie Wayne Harrison | § § | |

United States' Motion to Compel and for Sanctions

United States of America moves for an order compelling Donnie Wayne Harrison ("Harrison") to respond to post-judgment discovery and awarding sanctions against Harrison, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On August 4, 2004, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Harrison, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned unclaimed. The first class mail was not returned. The postjudgment discovery sought information regarding the financial condition of Harrison, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Harrison by letter dated September 8, 2004. (Exhibit 2).

3. Harrison failed to respond to the discovery requests. The United States attempted to obtain responses from Harrison. The United States contacted Harrison and attempted to obtain discovery responses on September 14, 2004.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. Under Rule 37 of the Federal Rules of Civil Procedure, if a motion compelling responses to discovery is granted, the Court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the Motion, including attorney's fees, unless the court finds that the motion was filed without the movant first

making a good faith effort to obtain the discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust. Fed. R. Civ. Proc. (a)(4)(A).

6. The United States requests that the court order Harrison to respond to post-judgment discovery fully and completely, and award sanctions against Harrison pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to properly respond to the discovery. A reasonable attorney's fee is $200.00 for one hour for the efforts to obtain responses to the postjudgment discovery and to prepare this motion. Additional attorney's fees will be requested for preparing for and attending any hearing on this motion.

                              Respectfully submitted
                              BENNETT, WESTON & LaJONE, P.C.

By: _____
     J. Michael Weston
     Texas Bar No. 21232100
     SD Tex. No. 21538
     Attorney in Charge
     Charles I. Appler
     Texas Bar No. 00788995
     SD Tex. No. 23055
     1750 Valley View Lane, Suite 120
     Dallas, Texas 75234
     Telephone: (214) 691-1776
     FAX: (214) 373-6810
     Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Donnie Wayne Harrison at 702 Champion St #C37., Port Isabel, TX 78578 by certified mail, return receipt requested, and regular mail on this ___14th___ day of ___October___, 2004.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-01-026 |
| Donnie Wayne Harrison | § | |

### POST-JUDGMENT DISCOVERY

TO:   Donnie Wayne Harrison, 702 Champion St #C37., Port Isabel, TX 78578

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and truthfully and/or to produce all requested documents are serious matters which will be brought to the attention of the court.

**You are required to supply any updated information or documents requested herein, but need not supply answers or produce documents that were previously answered or produced.**

### INSTRUCTIONS

1.   Send your sworn answers to the interrogatories and produce the requested documents for inspection and copying **within 30 days of your receipt** of this Post-Judgment Discovery to

      J. Michael Weston
      BENNETT, WESTON & LaJONE,
      1750 Valley View Lane, Suite 120
      Dallas, Texas 75234

2.   Answer each Interrogatory in the space prov[ided] attach another page.

3.   **IF YOU FAIL TO ANSWER ANY INTE**[RROGATORY OR] **FAIL TO PRODUCE ANY DOCUMENT FOR ANY R**[EASON]

EXHIBIT __1__



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 8-4-04 |
| Total Postage & Fees | $ | |

Sent To  Donnie Wayne Harrison
Street, Apt. No., or PO Box No.
City, State, ZIP+4

failure to answer or produce the documents. For example, if you have no documents that are described in a written request, write "none" in the after the description.

### DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Donnie Wayne Harrison, and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7000 1670 0010 5940 9768 ) and regular mail on this 4 day of August, 2004.

EXHIBIT ___1___

<div style="text-align: center">

**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

</div>

(214) 691-1776                                                                 Fax: (214) 373-6810

<div style="text-align: center">August 3, 2004</div>

**PERSONAL AND CONFIDENTIAL**
Donnie Wayne Harrison
702 Champion St #C37.
Port Isabel, TX 78578
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED
NO. 7000 1670 0010 5940 9768 AND REGULAR MAIL**

    Re:    *United States of America v. Donnie Wayne Harrison*, Civil Action B-01-026

    Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

    You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

    If you wish to settle this claim, please call us.

    **CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

<div style="margin-left: 50%">
Yours very truly,

*J. Michael Weston*
J. MICHAEL WESTON
</div>

encl.

<div style="text-align: center">

**WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

</div>

<div style="text-align: center">EXHIBIT ___1___</div>

**BENNETT, WESTON & LAJONE, P.C.**
1750 VALLEY VIEW LANE
SUITE 120
DALLAS, TX 75234

☞ UNCLAIMED

7000 1670 0010 5940 9768

CERTIFIED MAIL

Dennie Wayne Harrison
702 Champion St. #C37
Port Isabel, TX 78578

AUG -5 04

# 00000043
U.S. POSTAGE
0.465

8/10/4
8/19
8/28

78578+2901 01
78234-9040 10

EXHIBIT 1

## BENNETT, WESTON & LaJONE, P.C.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                      Fax: (214) 373-6810

September 9, 2004

Donnie Wayne Harrison
702 Champion St #C37.
Port Isabel, TX  78578

Re:   **United States of America v. Donnie Wayne Harrison**, No. B-01-026, Judgment dated: May 22, 2001

**YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY SERVED ON YOU.**

**You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.**

**THIS IS A SERIOUS MATTER.**

**CONTACT YOUR ATTORNEY IMMEDIATELY.**

**IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.**

**WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Yours very truly,



J. MICHAEL WESTON

EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § | Civil Action B-01-026 |
| | § | |
| Donnie Wayne Harrison | § § | |

### Certificate of Conference

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Donnie Wayne Harrison in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Donnie Wayne Harrison. A representative of the office spoke with Donnie Wayne Harrison and attempted to obtain the discovery responses on September 14, 2004. Donnie Wayne Harrison has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America