UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § | Civil Action B-01-026 |
| Donnie Wayne Harrison | § § | |

Order Compelling Discovery Responses and Awarding Sanctions

Donnie Wayne Harrison must fully respond to the interrogatories and requests for production served upon Donnie Wayne Harrison by the United States by December 13, 2004.

If Donnie Wayne Harrison fails to comply with this order, Donnie Wayne Harrison may be held in contempt.

The United States is awarded costs and attorney's fees of $200.00 against Donnie Wayne Harrison. Costs and attorney's fees shall be paid to counsel for the United States by December 13, 2004.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge