UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

OCT 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-01-026 |
| | § | |
| DONNIE WAYNE HARRISON | | |

## ORDER COMPELLING DISCOVERY
## RESPONSES AND AWARDING SANCTIONS

Donnie Wayne Harrison must fully respond to the interrogatories and requests for production served upon Donnie Wayne Harrison by the United States by December 15, 2004.

If Donnie Wayne Harrison fails to comply with this order, he may be held in contempt.

SIGNED this 20th day of October 2004, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge